**Michael G. KESELICA, Petitioner—
Appellant,**

v.

**Martin VAN EVANS; Attorney Gen-
eral for the State of Maryland,
Respondents—Appellees.**

No. 05–6599.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 6, 2005.

Michael G. Keselica, Appellant Pro Se.
Ann Norman Bosse, Office of the Attorney
General of Maryland, Baltimore, Mary-
land, for Appellees.

---

* The parties consented to the jurisdiction of a
magistrate judge pursuant to 28 U.S.C.

§ 636(c) (2000).

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael G. Keselica, a state prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating both that reasonable jurists would find that the district court's assessment of his constitutional claims is debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Keselica has not made the requisite showing. Accordingly, we deny Keselica's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*